IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15.  VERONICA TRYEE,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the government's Emergency Motion for Stay pending determination of its motion to revoke the Magistrate Judge's release order. Following review of the motion, the pretrial services report and discussion with counsel for the government and defendant, I find and conclude that the Magistrate Judge's release order should be stayed pending prompt hearing on the government's motion for revocation.  Given the location and alleged history of the defendant there is a risk of losing jurisdiction.  Accordingly, it is ordered:

    1.  The government's Motion for Stay (doc. no. 69) is granted;

    2.  The conditional release of the defendant by Magistrate Judge Michael S. McDonald is stayed pending hearing on the government's Motion for Revocation; and

    3.  The parties shall promptly schedule a hearing on the government's Motion for

PDF FINAL

Revocation which, if circumstances and law permit, may be conducted by video or telephonic conference.

DATED at Denver, Colorado, on May 4, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge