IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

15.  VERONICA TYREE,

     Defendant.

_____

**ORDER**
_____

     The court construes defendant's Notice of Disposition as a motion to change his

plea and to have the court consider the terms of the parties' plea agreement.  Pursuant

to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending

determination of those matters.  Counsel shall contact chambers within ten days to set a

change of plea hearing.

     DATED at Denver, Colorado, on September 12, 2008.

                                   BY THE COURT:


                                   s/ Walker D. Miller
                                   United States District Judge