IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Ginny Kramer
Court Reporter: Suzanne Claar
Probation Officer: Laura Ansart

Date: May 13, 2009

**Civil/Criminal Action No. 07-cr-00188-WDM-15**

Parties:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

15.  VERONICA TYREE,

    Defendant.

Counsel:

Colleen Covell

Scott Jurdem

**COURTROOM MINUTES - SENTENCING HEARING**

**10:05 a.m.   Court in session.**

The Defendant is present in court, in custody.

Appearances of counsel.

The Interpreter is sworn.

Defendant entered her plea on **November 13, 2008,** to count one (1) of the Second Superseding Indictment.

Statement to the Court by Mr. Jurdem, for the Defendant.

Statement to the Court by the Defendant.

Statement to the Court by Ms. Covell , for the Government.

**ORDERED:** That the Government's Motion for Downward Departure Pursuant to 5K1.1 - *Government's Motion Pursuant to 18 U.S.C. §3553(e) and § 5K1.1 for Downward Departure Based on Substantial Assistance* [#964] filed May 4, 2009, is **granted.**

**ORDERED:** That the statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** That the Defendant's plea of guilty to count one (1) of the Second Superseding Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 235 to 293 months | 235 months, less any Reduction pursuant to §5K1.1 |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | not eligible | Probation is not recommended |
| **Fine** | Not more than $25,000 to $4,000,000 | A fine is not recommended |
| **Special Assessment** | $100.00 | $100.00 |

**ORDERED:** Pursuant to the Sentencing Reform Act it is the judgment of the Court that the defendant be committed to the custody of the Bureau of Prisons for a term of **seventy-two (72) months.**

.
**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **five (5) years.**

**ORDERED: Conditions** of Supervised Release that:

| | |
|---|---|
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not illegally possess controlled substances. |
| (X) | Defendant shall not possess a firearm or destructive device. |
| (X) | Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.. |
| (X) | That the defendant shall submit to one drug test within fifteen (15) days from her release from prison, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court; |
| (X) | Defendant shall cooperate in the collection of her DNA as directed by the probation officer. |

.

**ORDERED:** **Special Condition** of Supervised Release that:

| | |
|---|---|
| (X) | That the defendant shall, at her expense, unless then indigent, shall undergo an mental health evaluation, and thereafter and again at her own expense and directed by her probation officer, shall receive any treatment, therapy, counseling, testing or education prescribed by the evaluations or a directed by her probation officer or as ordered by the court; the Court authorizes the release to all treatment agencies, of all reports, including the presentence investigation report for the continuity of treatment. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:46 a.m.   Court in recess.**
Total in-court time:   00:41 minutes
Hearing concluded.