IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

15.  VERONICA TYREE,

        Defendant.

---

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT VERONICA TYREE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

    THAT the United States commenced this action pursuant to 21 U.S.C. §853;

    THAT a Preliminary Order of Forfeiture was entered on May 22, 2009;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

    THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853;

    NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

    THAT judgment of forfeiture of $26,618.96 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. §853, free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 30th day of September, 2009.

BY THE COURT:

s/ Walker D. Miller

WALKER D. MILLER
United States District Court Judge